# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

UNITED STATES OF AMERICA

VERSUS                                              CRIMINAL ACTION NO. 4:05CR32-P-B

MARQUET JOHNSON

## ORDER

This cause is before the Court on a Motion for Continuance by defendant Johnson [20-1]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for July 5, 2005. Defense counsel represents in the motion that he has a conflict due to prior existing court settings. Rule 16.3 of the Uniform Local Rules provides: "When the Court has set a case for trial . . . which conflicts with a court appearance of counsel in other courts, the first case having a firm setting shall control . . . ." The Court is also advised that the government does not oppose the requested continuance.

These circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(8)(A), the period of delay from July 5, 2005 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given defense counsel's conflicting prior setting in another court, a continuance is required under the Local Rules and in order to ensure the availability of defense counsel at the trial of this cause. Therefore, the Court finds that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. The defendant Johnson's Motion for Continuance [20-1] is GRANTED;

2. That the trial of this matter is continued until Monday, August 29, 2005 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi;

3. That the delay from July 5, 2005 until August 29, 2005 is excluded as set out above;

4. That the deadline for filing pretrial motions is August 8, 2005;

5. That the deadline for submitting a plea agreement is August 15, 2005.

SO ORDERED, this the 14th day of June, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE