**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**UNITED STATES OF AMERICA,**

**VS.**                                                          **CRIMINAL ACTION NO. 4:05CR32-P-B**

**MARQUET JOHNSON,**                                             **DEFENDANT.**

**THIRD ORDER CONTINUING TRIAL**

This matter comes before the court upon the Government's first Motion for Continuance [23-1]. Upon due consideration of the motion the court finds as follows, to-wit:

This matter is currently set for trial on August 29, 2005. The Government seeks a continuance because its chemical analyst witness, one of its chief witnesses, must undergo surgery and will be unable to attend a trial on August 29. The defendant does not object to a continuance.

Pursuant to 18 U.S.C. § 3161(h)(3)(A), which allows tolling of the Speedy Trial Act for "[a]ny period of delay resulting from the absence of unavailability of ... an essential witness," the court concludes that the continuance until September 12, 2005 should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) The Government's Motion for Continuance [23-1] is hereby **GRANTED**;

(2) Trial of this matter is continued until Monday, September 12, 2005 at 9:00 a.m. in the United States Courthouse in Greenville, Mississippi;

(3) The delay from August 29, 2005 to September 12, 2005 is excluded as set out above; and

(4) The deadline for filing pretrial motions is August 29, 2005.

**SO ORDERED** this the 26th of August, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE